# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Merz, Michael R. | U.S. District Court, Southern District of Ohio | 04/12/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (recalled) | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

200 West Second Street
Dayton, Ohio 45402

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee/Director | Dayton Metro Library Foundation |
| 2. | Director/Vice-President | State Library of Ohio |
| 3. | Director | East End Neighborhood Development Corporation |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 04/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Merz, Michael R.** | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2. FIFTH THIRD BANK (cash) | A | Interest | K | T | | | | | |
| 3. JOHN HANCOCK LIFE INSURANCE CASH VALUE POLICY (whole life) | A | Interest | J | T | | | | | |
| 4. METLIFE INSURANCE CASH VALUE POLICY (whole life) | A | Interest | K | T | | | | | |
| 5. ACCOUNT #1 (H) | | | | | | | | | |
| 6. LPL FINANCIAL US BANK NATIONAL ASSN SWEEP ACCOUNT (cash) | A | Interest | K | T | | | | | |
| 7. ABBOTT LABORATORIES (ABT) | A | Dividend | J | T | Buy | 05/06/20 | J | | |
| 8. AFLAC INC (AFL) | | None | J | T | Buy | 12/11/20 | J | | |
| 9. ALLEGION PUBLIC LTD (ALLE) | A | Dividend | | | Buy | 05/06/20 | J | | |
| 10. | | | | | Sold | 12/11/20 | J | A | |
| 11. ALPHABET INC CL C (GOOG) | | None | K | T | | | | | |
| 12. AMERICAN AIRLINES GROUP INC (AAL) | A | Dividend | | | Sold | 03/09/20 | J | | |
| 13. AMERICAN EXPRESS CO (AXP) | A | Dividend | J | T | Buy | 07/21/20 | J | | |
| 14. APPLE INC (AAPL) | A | Dividend | | | Sold (part) | 02/27/20 | J | | |
| 15. | | | | | Sold | 03/16/20 | J | C | |
| 16. APPLIED MATERIALS INC (AMAT) | A | Dividend | | | Sold (part) | 01/30/20 | J | | |
| 17. | | | | | Sold | 02/19/20 | K | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Merz, Michael R.** | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AT&T INC (T) | A | Dividend | J | T | Buy | 05/06/20 | J | | |
| 19. AUTOMATIC DATA PROCESSING INC (ADP) | A | Dividend | J | T | Buy | 05/13/20 | J | | |
| 20. BANK NEW YORK MELLON CORP (BK) | A | Dividend | J | T | | | | | |
| 21. BIOGEN INC (BIIB) | | None | J | T | | | | | |
| 22. BP PLC (BP) | A | Dividend | J | T | Buy | 02/25/20 | J | | |
| 23. BRISTOL MYERS SQUIBB COMPANY (BMY) | A | Dividend | | | Sold | 05/13/20 | J | B | |
| 24. CARNIVAL CORP PAIRED CTF (CCL) | A | Dividend | | | Sold | 02/27/20 | J | | |
| 25. CARRIAGE SERVICES INC (CSV) | A | Dividend | | | Sold | 05/13/20 | J | | |
| 26. CATERPILLAR INC (CAT) | A | Dividend | | | Sold | 05/01/20 | J | | |
| 27. CDW CORP (CDW) | | None | J | T | Buy | 12/31/20 | J | | |
| 28. CIGNA CORP NEW (CI) | A | Dividend | J | T | | | | | |
| 29. COCA-COLA COMPANY (KO) | A | Dividend | J | T | Buy | 03/25/20 | J | | |
| 30. CVS HEALTH CORP (CVS) | A | Dividend | J | T | | | | | |
| 31. EXXON MOBIL CORP (XOM) | A | Dividend | J | T | Buy | 02/20/20 | J | | |
| 32. FEDERATED HERMES INC (FHI) | A | Dividend | J | T | | | | | |
| 33. FEDEX CORP (FDX) | A | Dividend | J | T | | | | | |
| 34. FRANKLIN RESOURCES INC (BEN) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Merz, Michael R.** | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. GILEAD SCIENCES INC (GILD) | A | Dividend | J | T | Buy | 05/13/20 | J | | |
| 36. | | | | | Buy<br>(add'l) | 10/08/20 | J | | |
| 37. GOODYEAR TIRE AND RUBBER COMPANY (GT) | A | Dividend | K | T | Buy<br>(add'l) | 02/28/20 | J | | |
| 38. | | | | | Buy<br>(add'l) | 03/20/20 | J | | |
| 39. INTERNATIONAL PAPER COMPANY (IP) | A | Dividend | | | Sold | 04/27/20 | J | | |
| 40. INTL BUSINESS MACHINES (IBM) | A | Dividend | J | T | Sold<br>(part) | 02/21/20 | J | A | |
| 41. INTL FLAVOR & FRAGRANCES (IFF) | | None | J | T | Buy | 12/11/20 | J | | |
| 42. INVESCO LTD (IVZ) | A | Dividend | K | T | Buy<br>(add'l) | 04/09/20 | J | | |
| 43. JOHNSON & JOHNSON (JNJ) | A | Dividend | K | T | Sold<br>(part) | 02/21/20 | J | A | |
| 44. | | | | | Buy<br>(add'l) | 03/25/20 | J | | |
| 45. JPMORGAN CHASE & CO (JPM) | A | Dividend | J | T | Buy | 03/12/20 | J | | |
| 46. | | | | | Sold | 04/17/20 | J | A | |
| 47. | | | | | Buy | 04/20/20 | J | | |
| 48. KIMBERLY CLARK CORP (KMB) | A | Dividend | J | T | Buy | 04/27/20 | J | | |
| 49. LOCKHEED MARTIN CORP (LMT) | A | Dividend | | | Sold | 04/27/20 | J | C | |
| 50. LOWES COMPANIES INC (LOW) | A | Dividend | K | T | | | | | |
| 51. MCKESSON CORP (MCK) | A | Dividend | J | T | Sold<br>(part) | 02/21/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PEOPLES UNITED FINANCIAL (PBCT) | A | Dividend | J | T | Sold (part) | 02/21/20 | J | A | |
| 53. QUALCOMM INC (QCOM) | | None | | | Sold | 02/27/20 | J | C | |
| 54. REALTY INCOME CORP (O) | A | Dividend | | | Sold | 03/16/20 | J | | |
| 55. ROYAL DUTCH SHELL PLC (RDSA) | A | Dividend | | | Sold | 03/09/20 | J | | |
| 56. SCHLUMBERGER LTD (SLB) | A | Dividend | | | Sold | 03/09/20 | J | | |
| 57. SERVICE CORP INTL (SCI) | A | Dividend | J | T | Buy | 05/13/20 | J | | |
| 58. SOUTHWEST AIRLINES (LUV) | A | Dividend | | | Sold | 03/09/20 | J | B | |
| 59. STORE CAPITAL CORP (STOR) | A | Dividend | J | T | Buy | 05/13/20 | J | | |
| 60. UNITED PARCEL SERVICE INC (UPS) | A | Dividend | | | Buy | 01/30/20 | J | | |
| 61. | | | | | Sold | 05/13/20 | J | | |
| 62. VERIZON COMMUNICATIONS (VZ) | A | Dividend | K | T | Sold (part) | 01/30/20 | J | A | |
| 63. VIACOMCBS INC CL B (VIAC) | A | Dividend | J | T | | | | | |
| 64. WABTEC (WAB) | A | Dividend | | | Sold | 05/01/20 | J | | |
| 65. WALT DISNEY CO (DIS) | A | Dividend | | | Sold | 05/01/20 | J | A | |
| 66. ZOETIS INC CL A (ZTS) | A | Dividend | J | T | Buy | 04/28/20 | J | | |
| 67. AB INCOME ADVISOR CL (ACGYX) | A | Dividend | | | Buy | 03/10/20 | K | | |
| 68. | | | | | Sold | 04/17/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Merz, Michael R.** | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. FIRST TRUST EMERGING MARKETS LOCAL CURRENCY BOND ETF (FEMB) | A | Dividend | J | T | Buy | 04/17/20 | J | | |
| 70. FIRST TRUST LOW DURATION OPPORTUNITIES ETF (LMBS) | A | Dividend | K | T | Buy | 04/17/20 | K | | |
| 71. | | | | | Sold (part) | 07/07/20 | J | A | |
| 72. FIRST TRUST IV ENHANCED SHORT MATURITY ETF NEW (FTSM) | | None | | | Buy | 04/17/20 | K | | |
| 73. | | | | | Sold | 05/01/20 | K | | |
| 74. FIRST TRUST TCW OPPORTUNISTIC FIXED INC (FIXD) | B | Dividend | K | T | Buy | 04/17/20 | K | | |
| 75. FIRST TRUST ETF III PFD SECS & INC (FPE) | A | Dividend | K | T | Buy | 04/17/20 | K | | |
| 76. FIRST TRUST IV TACTICAL HIGH YIELD ETF (HYLS) | B | Dividend | K | T | Sold | 03/10/20 | J | | |
| 77. | | | | | Buy | 04/17/20 | J | | |
| 78. | | | | | Buy (add'l) | 05/01/20 | K | | |
| 79. | | | | | Buy (add'l) | 07/07/20 | J | | |
| 80. FIRST TRUST SENIOR LOAN FUND ETF (FTSL) | A | Dividend | J | T | Buy | 04/17/20 | K | | |
| 81. | | | | | Sold (part) | 05/01/20 | K | | |
| 82. ISHARES 1-3 YR TREASURY BOND ETF (SHY) | A | Dividend | | | Sold (part) | 01/14/20 | J | | |
| 83. | | | | | Buy (add'l) | 03/10/20 | J | | |
| 84. | | | | | Sold | 04/17/20 | K | A | |
| 85. ISHARES TRUST ISHARES PREFERRED & INCOME SECS ETF (PFF) | A | Dividend | | | Sold | 04/17/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. ISHARES IBOXX $ HIGH YIELD CORP BOND ETF (HYG) | A | Dividend | | | Sold | 03/10/20 | K | | |
| 87. ISHARES JPMORGAN USD EMERGING MARKETS BOND ETF (EMB) | A | Dividend | | | Sold | 04/17/20 | J | | |
| 88. SCHWAB U S AGGREGATE BOND ETF (SCHZ) | A | Dividend | | | Sold (part) | 03/10/20 | J | | |
| 89. | | | | | Sold | 04/17/20 | K | C | |
| 90. VANECK VECTORS HIGH YIELD MUN INDEX ETF NEW (HYD) | A | Dividend | | | Sold | 04/17/20 | K | | |
| 91. ISHARES IBOXX $INVESTMENT GRADE CORP BOND ETF (LQD) | A | Dividend | K | T | Buy | 05/01/20 | K | | |
| 92. ACCOUNT #2 (H) | | | | | | | | | |
| 93. AB HIGH INCOME ADVISOR CL (AGDYX) | A | Dividend | J | T | Buy | 03/27/20 | J | | |
| 94. AB LARGE CAP GROWTH ADVISOR CL (APGYX) | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 95. INVESCO QQQ SER 1 ETF (QQQ) | A | Dividend | J | T | | | | | |
| 96. ISHARES US PREFERRED STOCK ETF (PFF) | A | Dividend | J | T | | | | | |
| 97. ISHARES IBOXX $ HIGH YIELD CORP BOND ETF (HYG) | A | Dividend | J | T | | | | | |
| 98. ISHARES RUSSELL 1000 GROWTH ETF (IWF) | A | Dividend | J | T | | | | | |
| 99. ISHARES SELECT DIVIDEND TF (DVY) | | None | | | Sold | 03/09/20 | J | | |
| 100. PACER TRENDPILOT 100 ETF (PTNQ) | | None | | | Buy | 02/12/20 | J | | |
| 101. | | | | | Sold | 03/17/20 | J | | |
| 102. SCHWAB INTL EQUITY ETF (SCHF) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Merz, Michael R.** | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. SECTOR ENERGY SELECT SECTOR SPDR ETF (XLE) | A | Dividend | | | Sold | 01/15/20 | J | | |
| 104. SECTOR FINANCIAL SELECT SECTOR SPDR ETF (XLF) | A | Dividend | J | T | | | | | |
| 105. SPDR SERIES TRUST S&P DIVIDEND ETF (SDY) | | None | | | Sold | 03/09/20 | J | | |
| 106. SPDR SERIES TRUST S&P 400 MID CAP GROWTH ETF (MDYG) | A | Dividend | | | Sold | 07/13/20 | J | A | |
| 107. VANGUARD SHORT TERM BOND ETF (BSV) | A | Dividend | J | T | | | | | |
| 108. ACCOUNT #3 (H) | | | | | | | | | |
| 109. LPL FINANCIAL US BANK NATIONAL ASSN SWEEP ACCOUNT (cash) | A | Interest | J | T | | | | | |
| 110. ABBOTT LABORATORIES (ABT) | A | Dividend | J | T | Buy | 05/06/20 | J | | |
| 111. AFLAC INC (AFL) | | None | J | T | Buy | 12/11/20 | J | | |
| 112. ALLEGION PUBLIC LTD (ALLE) | A | Dividend | | | Buy | 05/06/20 | J | | |
| 113. | | | | | Sold | 12/11/20 | J | A | |
| 114. ALPHABET INC CL C (GOOG) | | None | J | T | | | | | |
| 115. AMERICAN AIRLINES GROUP INC (AAL) | A | Dividend | | | Sold | 09/09/20 | J | | |
| 116. AMERICAN EXPRESS CO (AXP) | A | Dividend | J | T | Buy | 07/21/20 | J | | |
| 117. APPLE INC (AAPL) | A | Dividend | | | Sold (part) | 02/27/20 | J | | |
| 118. | | | | | Sold | 03/16/20 | J | C | |
| 119. APPLIED MATERIALS INC (AMAT) | A | Dividend | | | Sold | 02/19/20 | K | D | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. AT&T INC (T) | A | Dividend | J | T | Buy | 05/06/20 | J | | |
| 121. AUTOMATIC DATA PROCESSING INC (ADP) | A | Dividend | J | T | Buy | 05/13/20 | J | | |
| 122. BANK NEW YORK MELLON CORP (BK) | A | Dividend | J | T | | | | | |
| 123. BIOGEN INC (BIIB) | | None | J | T | | | | | |
| 124. BP PLC (BP) | A | Dividend | J | T | Buy | 02/25/20 | J | | |
| 125. BRISTOL MYERS SQUIBB (BMY) | A | Dividend | | | Sold | 05/13/20 | J | B | |
| 126. CARNIVAL CORP PAIRED CTF (CCL) | A | Dividend | | | Sold | 02/27/20 | J | | |
| 127. CARRIAGE SERVICES INC (CSV) | A | Dividend | | | Sold | 05/13/20 | J | | |
| 128. CATERPILLAR INC (CAT) | A | Dividend | | | Sold | 05/01/20 | J | | |
| 129. CDW CORP (CDW) | | None | J | T | Buy | 12/31/20 | J | | |
| 130. CIGNA CORP NEW (CI) | A | Dividend | J | T | | | | | |
| 131. COCA-COLA COMPANY (KO) | A | Dividend | J | T | Buy | 03/25/20 | J | | |
| 132. CVS HEALTH CORP (CVS) | A | Dividend | J | T | | | | | |
| 133. EXXON MOBIL CORP (XOM) | A | Dividend | J | T | Buy | 02/20/20 | J | | |
| 134. FEDERATED HERMES INC (FHI) | A | Dividend | J | T | | | | | |
| 135. FEDEX CORP (FDX) | A | Dividend | J | T | | | | | |
| 136. FRANKLIN RESOURCES INC (BEN) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Merz, Michael R.** | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  GILEAD SCIENCES INC (GILD) | A | Dividend | J | T | Buy | 05/13/20 | J | | |
| 138. | | | | | Buy<br>(add'l) | 10/08/20 | J | | |
| 139.  GOODYEAR TIRE & RUBBER (GT) | A | Dividend | K | T | Buy<br>(add'l) | 02/28/20 | J | | |
| 140. | | | | | Buy<br>(add'l) | 03/20/20 | J | | |
| 141.  INTERNATIONAL PAPER COMPANY (IP) | A | Dividend | | | Sold | 04/27/20 | J | | |
| 142.  INTL BUSINESS MACHINES CORP (IBM) | A | Dividend | J | T | | | | | |
| 143.  INTL FLAVOR & FRAGRANCES (IFF) | | None | J | T | Buy | 12/11/20 | J | | |
| 144.  INVESCO LTD (IVZ) | A | Dividend | K | T | Buy<br>(add'l) | 04/09/20 | J | | |
| 145.  JOHNSON & JOHNSON (JNJ) | A | Dividend | K | T | Buy<br>(add'l) | 03/25/20 | J | | |
| 146.  JPMORGAN CHASE & CO (JPM) | A | Dividend | J | T | Buy | 03/12/20 | J | | |
| 147. | | | | | Sold | 04/17/20 | J | | |
| 148. | | | | | Buy | 04/20/20 | J | | |
| 149.  KIMBERLY CLARK CORP (KMB) | A | Dividend | J | T | Buy | 04/27/20 | J | | |
| 150.  LOCKHEED MARTIN CORP (LMT) | A | Dividend | | | Sold | 04/27/20 | J | C | |
| 151.  LOWES COMPANIES INC (LOW) | A | Dividend | J | T | | | | | |
| 152.  MCKESSON CORP (MCK) | A | Dividend | J | T | | | | | |
| 153.  PEOPLES UNITED FINANCIAL (PBCT) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.   QUALCOMM INC (QCOM) | | None | | | Sold | 02/27/20 | J | C | |
| 155.   REALTY INCOME CORP (O) | A | Dividend | | | Sold | 03/16/20 | J | C | |
| 156.   ROYAL DUTCH SHELL PLC (RDSA) | A | Dividend | | | Sold | 03/09/20 | J | | |
| 157.   SCHLUMBERGER LTD (SLB) | A | Dividend | | | Sold | 03/09/20 | J | | |
| 158.   SERVICE CORP INTL (SCI) | A | Dividend | J | T | Buy | 05/13/20 | J | | |
| 159.   SOUTHWEST AIRLINES (LUV) | A | Dividend | | | Sold | 03/09/20 | J | B | |
| 160.   STORE CAPITAL CORP (STOR) | A | Dividend | J | T | Buy | 05/13/20 | J | | |
| 161.   UNITED PARCEL SERVICE (UPS) | A | Dividend | | | Buy | 01/30/20 | J | | |
| 162. | | | | | Sold | 05/13/20 | J | | |
| 163.   VERIZON COMMUNICATIONS (VZ) | A | Dividend | K | T | | | | | |
| 164.   VIACOMCBS INC CL B (VIAC) | A | Dividend | J | T | | | | | |
| 165.   WABTEC (WAB) | A | Dividend | | | Sold | 05/01/20 | J | | |
| 166.   WALT DISNEY CO (DIS) | A | Dividend | | | Sold | 05/01/20 | J | A | |
| 167.   ZOETIS INC (ZTS) | A | Dividend | J | T | Buy | 04/28/20 | J | | |
| 168.   FIRST TRUST EMERGING MARKETS<br>LOCAL CURRENCY BOND ETF (FEMB) | A | Dividend | J | T | Buy | 04/17/20 | J | | |
| 169.   FIRST TRUST LOW DURATION<br>OPPORTUNITIES ETF (LMBS) | A | Dividend | K | T | Buy | 04/17/20 | K | | |
| 170. | | | | | Sold<br>(part) | 07/07/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. FIRST TRUST TCW OPPORTUNISTIC FIXED INC ETF (FIXD) | B | Dividend | K | T | Buy | 04/17/20 | K | | |
| 172. FIRST TRUST ETF III PFD SECS & INC ETF (FPE) | A | Dividend | K | T | Buy | 04/17/20 | K | | |
| 173. FIRST TRUST IV ENHANCED SHORT MATURITY ETF (FTSM) | A | Dividend | K | T | Buy | 04/17/20 | K | | |
| 174. | | | | | Sold | 05/01/20 | K | | |
| 175. FIRST TRUST IV TACTICAL HIGH YIELD ETF (HYLS) | B | Dividend | K | T | Sold | 03/10/20 | J | | |
| 176. | | | | | Buy | 04/17/20 | J | | |
| 177. | | | | | Buy (add'l) | 05/01/20 | K | | |
| 178. | | | | | Sold (part) | 07/07/20 | J | | |
| 179. AB INCOME ADVISOR CL (ACGYX) | A | Dividend | | | Buy | 03/10/20 | K | | |
| 180. | | | | | Sold | 04/17/20 | K | | |
| 181. ISHARES 1-3 YR TREASURY BOND ETF (SHY) | A | Dividend | | | Sold | 04/17/20 | K | A | |
| 182. ISHARES S&P US PREFERRED STOCK INDEX FUND (PFF) | A | Dividend | | | Sold | 04/17/20 | J | | |
| 183. ISHARES IBOXX $ HIGH YIELD CORP BOND ETF (HYG) | A | Dividend | | | Sold | 03/10/20 | K | | |
| 184. ISHARES JPMORGAN USD EMERGING MARKETS BOND ETF (EMB) | A | Dividend | | | Sold | 04/17/20 | J | | |
| 185. SCHWAB US AGGREGATE BOND ETF (SCHZ) | A | Dividend | | | Sold (part) | 03/10/20 | J | | |
| 186. | | | | | Sold | 04/17/20 | K | C | |
| 187. VANECK VECTORS HIGH YIELD MUN INDEX ETF NEW (HYD) | A | Dividend | | | Sold | 04/17/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. FIRST TRUST SENIOR LOAN FUND ETF (FTSL) | A | Dividend | J | T | Buy | 04/17/20 | K | | |
| 189. | | | | | Sold<br>(part) | 05/01/20 | K | | |
| 190. ISHARES IBOXX $INVESTMENT GRADE CORP BOND ETF (LQD) | A | Dividend | K | T | Buy | 05/01/20 | K | | |
| 191. | | | | | Sold<br>(part) | 07/07/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

ROYAL DUTCH SHELL PLC (RDSA) was Royal Dutch Shell PLC sponsored ADR Repstgn A common (RDS/A).
ISHARES TRUST ISHARES PREFERRED & INCOME SECS ETF (PFF) was ISHARES S&P US PREFERRED STOCK INDEX FUND (PFF).
FEDERATED HERMES INC (FHI) was FEDERATED INVS INC PA CL B (FII).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael R. Merz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544